UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: DARIUS WADIA L.L.C.

---

RASHEEM GADSDEN

                                         Plaintiff(s)

- against -    Index # 12 CIV 2985

THE CITY OF NEW YORK, ETAL    Purchased April 16, 2012

                                         Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 22, 2012 at 02:45 PM at

C/O NEW YORK CITY POLICE DEPARTMENT
LEGAL BUREAU
ONE POLICE PLAZA, RM 1406
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT on JOSEPH ROSARIO therein named.

    BY LEAVING A TRUE COPY WITH EILEEN FLAHERTY, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'7 | 145 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  July 9, 2012

| | | | |
|---|---|---|---|
| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | ANDERSON CHAN |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 556272 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728